HENRY SHAPIRO and Another, Doing Business under the Name of HERBERT HECHT & Co., Respondents, v. KENMARE AUTO COMPANY, INC.,

Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ. Greenbaum, J., dissents. Dowling, J., dissents on the ground that the plaintiffs have failed to establish that they procured a customer who was financially able to enter into a lease or sublease of the premises in question.